COURT OF APPEALS OF VIRGINIA

Present: Chief Judge Moon, Judges Baker, Benton, Coleman,
Willis,      Elder, Bray, Fitzpatrick, Annunziata and Overton
Argued at Richmond, Virginia

AARON AUGUSTIS WITTS

v.        Record No. 0078-94-1                    ORDER

COMMONWEALTH OF VIRGINIA


UPON A REHEARING EN BANC

Thomas W. Carpenter (Overman, Cowardin & Martin,
P.L.C., on brief), for appellant.

Steven A. Witmer, Assistant Attorney General
(James S. Gilmore, III, Attorney General, on brief),
for appellee.


By memorandum opinion issued April 4, 1995, a panel of this
Court affirmed the conviction of Aaron Augustis Witts (appellant)
for use of profane, threatening, or indecent language over public
airways, in violation of Code § 18.2-427. Witts v. Commonwealth,
No. 0078-94-1, 1995 WL 143096 (Va. Ct. App. April 4, 1995)
(Benton, J., dissenting). On appellant's motion, we stayed the
mandate of that decision and granted rehearing en banc which was
heard on October 5, 1995.

For the reasons stated in the panel majority opinion, the
stay of the mandate of the April 4, 1995 opinion is vacated, and
we affirm the judgment of the trial court.

Judges Benton, Coleman, Elder, and Fitzpatrick, for the
reasons stated in Judge Benton's panel dissent, would reverse the
conviction.

This order shall be published and certified to the trial court.

Affirmed.